DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. ANDREWS

No. 177P91

Case below: 102 N.C.App. 133

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 5 December 1991.

STATE v. BROOKS

No. 475PA91

Case below: 104 N.C.App. 139

Petition by defendant (James Anthony Davis) for discretionary review pursuant to G.S. 7A-31 allowed 5 December 1991.

STATE v. BROWN

No. 459PA91

Case below: 104 N.C.App. 309

Petition by Attorney General for writ of supersedeas allowed 5 December 1991. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed and defendant's motion to bring forward additional issues allowed 5 December 1991.

STATE v. FAISON

No. 521P91

Case below: 104 N.C.App. 554

Petition by defendant for temporary stay allowed 26 November 1991.

STATE v. GORDON

No. 520P91

Case below: 104 N.C.App. 455

Petition by Attorney General for writ of supersedeas and temporary stay denied 26 November 1991. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 5 December 1991.